JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GARIBAY,<br><br>              Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>              Defendants. | Case No.  CV 18-9186-GW-AFMx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

      Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

      IT IS SO ORDERED.

Dated: June 21, 2019

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE